**Lettie EVANS et al., Appellants,**

**v.**

**George SOSTARICH et al., Appellees.**

Court of Appeals of Kentucky.

March 19, 1954.

W. A. Armstrong, Louisville, for appellants.

Alex Berman, Louisville, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of the Jefferson Circuit Court, Chancery Branch, Second Division, Stuart E. Lampe, Judge, adjudging appellees the owners of certain real estate of the value of $750 under the terms of a written agreement which is construed by the judgment.

The motion for an appeal is overruled and the judgment is affirmed.